IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADRIAN BEAU BASS**                                                                                          **PLAINTIFF**

V.                                           NO. 4:21CV00622 JM-PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

**ORDER**

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Docket No. 19). The Commissioner has filed a response objecting to a portion of the fees and to an award of certified mail costs. After a review of the arguments and the applicable law, the Plaintiff's motion is GRANTED.

Pursuant to the EAJA, Plaintiff is awarded a reasonable attorney's fee of $7,619.89. The Court finds that since postage fees are not classified as costs under 28 U.S.C. § 1920, Plaintiff is not prohibited by 28 U.S.C. § 1915(f)(1) from receiving an award including these fees. See *Borges v. Astrue*, No. 11-5026, 2013 WL 395610 (W.D. Ark. Jan. 31, 2013).[1] The award shall be made payable to Andrian Bea Bass in care of his attorney, Martin Long, and mailed to 462 Hollyberry Circle, Hayesville, NC 28904.

DATED this 2nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "Courts in the Eastern and Western Districts of Arkansas have distinguished costs from expenses and have held that the § 1915(f)(1)'s prohibition against the award of costs to IFP litigants includes only those items expressly listed as "costs" under 28 U.S.C. § 1920... Postage fees are not classified as costs under § 1920, and are, therefore, recoverable under the EAJA as expenses." Id. at *2-3. (Internal citations omitted).